FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 1:19-CV-3064-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. §405(g).  ECF No. 20.  The Plaintiff is represented by Attorney D. James Tree.  The Defendant is represented by Special Assistant United States Attorney Summer Stinson.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**.  The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council should remand this case to the Administrative Law Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

(ALJ) for a de novo hearing and a new decision.  On remand, the ALJ shall affirm, and not disturb, the favorable portion of the ALJ's decision finding Plaintiff established disability onset date by May 1, 2017.  Additionally, the ALJ will (1) clarify the basis for the disability onset date and consider an earlier onset with the assistance of a medical expert, as needed; (2) provide Plaintiff with the opportunity to submit new evidence; (3) proceed through the sequential evaluation process; and (4) obtain supplemental vocational evidence to determine whether there are jobs in significant numbers in the national economy that Plaintiff could still do (applying Social Security Ruling 00-4p).

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** February 3, 2020.

                          *s/ Rosanna Malouf Peterson*
                         ROSANNA MALOUF PETERSON
                           United States District Judge